UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JILL CARUSO, Individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 2:14-cv-13793 |
| | : |
| DARDEN RESTAURANTS | : |
| A Foreign Company | : |
| | : |
| Defendant. | : |
| _____/ | : |

**STIPULATION OF DISMISSAL**

Plaintiff and Defendant, by and through their undersigned counsel and respective parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above-captioned matter, as well as and any and all claims against Darden Restaurants, First Concorde Properties, LLC, and GMRI, Inc., with all parties to bear their own respective costs and attorney fees.

Dated: March 25, 2015

FOR THE PLAINTIFF

By: _/s/ Pete M. Monismith___

Pete M. Monismith, Esq.
Pete M. Monismith, P.C.
3945 Forbes Ave., #175
Pittsburgh, PA 15213
ph. (724) 610-1881
pete@monismithlaw.com

FOR THE DEFENDANT

By: _/s/ Mary A. Kalmink

Mary A. Kalmink
Clark Hill, PLC
500 Woodward Ave | Suite 3500
Detroit, Michigan 48226
313.965.8263 (direct)
313.309.6863 (fax)
mkalmink@clarkhill.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JILL CARUSO, Individually, :
:
        Plaintiff, :
:
v. : Case No. 2:14-cv-13793
:
DARDEN RESTAURANTS :
A Foreign Company :
:
        Defendant. :
_____/ :

## ORDER OF DISMISSAL

THIS CAUSE came before the Court on the Stipulation of Dismissal, and the Court having reviewed the pleadings and papers submitted to it and being otherwise fully advised in the premises, it is hereby ORDERED and ADJUDGED that:

1) The above-styled cause be and the same is hereby DISMISSED with prejudice;

2) All claims Plaintiff may have had against First Concorde Properties, LLC, GMRI Inc. and Darden Restaurants, are dismissed with prejudice;

3) The parties bear their own respective attorneys' fees and costs; and

4) To the extent not otherwise disposed herein, all pending motions are hereby denied or moot and the case is closed.

DONE and ORDERED, this 26th day of March, 2015.

                                                s/Gerald E. Rosen
                                                Honorable Gerald E. Rosen